

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

(512) 463-1312

October 05, 2018

Mr. Jeffrey R. Pruitt
Nueces County Attorney's Office
901 Leopard St., Room 207
Corpus Christi, TX 78401
\* DELIVERED VIA E-MAIL \*

Mr. D. Brett Brewer
The Norman Law Firm
215 East Commerce Street, 2nd Floor
Jacksonville, TX 75766
\* DELIVERED VIA E-MAIL \*

RE:    Case Number:  17-0198
       Court of Appeals Number:  12-13-00262-CV
       Trial Court Number:  2011-05-0389

Style:  WASSON INTERESTS, LTD.
        v.
        CITY OF JACKSONVILLE, TEXAS

> **FILED**
> **10/5/2018**
> **Twelfth Court of Appeals**
> **Katrina McClenny**
> **Clerk**

Dear Counsel:

Today the Supreme Court of Texas granted the motion for rehearing, withdrew the opinion and judgment issued June 1, 2018 and issued an opinions and judgment in the above-referenced cause.  You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.   On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Ms. Heather M. Lockhart (DELIVERED VIA E-MAIL)
       Katrina L. McClenny (DELIVERED VIA E-MAIL)
       Mr. Ralph E. Allen (DELIVERED VIA E-MAIL)
       District Clerk Cherokee County (DELIVERED VIA E-MAIL)